UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **BRIGID HEUSER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 2:20-cv-00028 |
| **SOCIAL SECURITY ADMINISTRATION,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

In this social security appeal, Magistrate Judge Newbern has entered a Report and Recommendation (Doc. No. 20) in which she recommends that Brigid Heuser's motion for judgment on the administrative record (Doc. No. 17) be granted, that the decision denying benefits be vacated, and that this case be remanded for further administrative proceedings consistent with her opinion. No objections have been filed.

After reviewing the matter *de novo* in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with Magistrate Judge Newbern's recommended disposition. Accordingly,

(1) The Report and Recommendation (Doc. No. 20) is **ACCEPTED** and **APPROVED**;

(2) Heuser's Motion for Judgment on the Administrative Record (Doc. No. 17) is **GRANTED**;

(3) The final decision of the Commissioner of the Social Security Administration denying Heuser's application for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 401–434, 1381–1383f, is **VACATED**; and

1

(4) This case is **REMANDED** for further consideration in accordance with the Report and Recommendation. More specifically, the Administrative Law Judge shall reconsider Heuser's diabetes symptoms in light of the record evidence, and consider her testimony or give specific reasons for not crediting her testimony.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE